IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| ZANIB ZULFIQAR, | : | Case No. 1:20-cv-63 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| CHAD F. WOLF, SECRETARY OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | : | |
| Defendants. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 24)**

The Court has reviewed the Report and Recommendation (Doc. 24) of United States Magistrate Judge Karen L. Litkovitz, to whom this case is referred pursuant to 28 U.S.C. § 636(b).  As no objection to the Report and Recommendation has been filed and the time to do so has expired, the Court **ADOPTS** the Report and Recommendation in its entirety.  Accordingly, pursuant to Fed. R. Civ. P. 41(b), the Court **DISMISSES** the claims against defendants Chad F. Wolf, Acting Secretary, Department of Homeland Security (DHS), and Kenneth T. Cuccinelli, Principal Deputy Director of the U.S. Citizenship and Immigration Services (USCIS), and Acting Deputy Secretary of Homeland Security Director of United States Citizenship and Immigration Services (USCIS).

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By:   _/s/ Matthew W. McFarland_
JUDGE MATTHEW W. McFARLAND